**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant
COUNTY OF SOLANO

Jeremy Pasternak, SBN 181618
LAW OFFICES OF JEREMY PASTERNAK
445 Bush St., 6th Floor
San Francisco, CA 94108
TEL: 415.693.0300
FAX: 415-693-0393

Attorney for Plaintiff
MARY JANE FRANUS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE FRANUS, | Case No. CIV 06-0636 RRB KJM |
| Plaintiff, | **STIPULATION BY THE PARTIES TO MODIFY SCHEDULING ORDER REGARDING COMPLETION OF DISCOVERY; ORDER REGARDING SAME** |
| vs. | |
| COUNTY OF SOLANO, | |
| Defendant. | |
| _____/ | |

Plaintiff MARY JANE FRANUS and Defendant COUNTY OF SOLANO , by and through their respective attorneys of record, hereby agree to the proposed change set forth below and request the Court modify the Scheduling Order issued August 31, 2006 as follows:

Last Day to Complete Discovery                                                                January 19, 2008

1

Dated: December 3, 2007                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION


                                           By     /s/ Carl L. Fessenden
                                                  Carl L. Fessenden
                                                  Stephen W. Robertson
                                                  Attorneys for Defendant COUNTY OF SOLANO

Dated: December 3, 2007                    Law Offices of Jeremy Pasternak


                                           By     /s/ Jeremy Pasternak (as authorized on 12/3/07)
                                                  Jeremy Pasternak
                                                  Attorney for Plaintiff MARY JANE FRANUS


**GOOD CAUSE APPEARING, IT IS SO ORDERED.**


Dated: 12/3/2007

                                                  /s/ Ralph R. Beistline
                                                  U.S. District Court Judge

---

2

**STIPULATION BY THE PARTIES TO MODIFY SCHEDULING ORDER REGARDING COMPLETION OF**
00546209.WPD     **DISCOVERY; PROPOSED ORDER REGARDING SAME**